HERBERT HILDER, Respondent, v. RALPH P. THOMAS, Defendant, and MORRIS W. ROBERTS, Appellant.

(Argued February 19, 1931; decided March 24, 1931.)

*Milford D. Whedon* for appellant.
*John F. Doyle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.

EMMA M. STOCK et al., Appellants, v. WILLIAM D. MANN et al., Defendants, and HENRY B. NEWHALL, as Committee of the Estate of EDITH KIMBALL, Appellant. NATHAN RICHMAN, Respondent.

(Submitted February 16, 1931; decided March 24, 1931.)

Motion for reargument or to amend remittitur denied. (See 255 N. Y. 100.)